Randy CHICK et al., Petitioners,

v.

Linda CRAVENS, Executrix, Respondent.

No. B–5406.

Supreme Court of Texas.

Oct. 1, 1975.

Stark & Barnhart, Richard S. Stark, Julian J. Smith, Gainesville, for petitioners.

Henry & Hatcher, Jim J. Hatcher, John Atchison, Gainesville, for respondent.

PER CURIAM.

The application of Randy Chick, et al., for writ of error is refused, no reversible error. In taking such action, we do not necessarily approve the holding that the testamentary nature of the codicil to the will was a question of fact. The respondent, Linda Cravens, Executrix, did not file an application for writ of error seeking rendition of judgment rather than a remand.